**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**(BRUNSWICK)**

| | |
|---|---|
| CANDACE MIZE | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No. 2:21-CV-38 |
| | * |
| 300 "F" STREET, INC., et al, | * |
| | * |
| Defendants. | * |

*************************************************************************

## **ORDER**

Upon consideration of the Parties' Joint Motion for Approval of Settlement Agreement and Dismissal of Plaintiff's Complaint, it is hereby

ORDERED that the Parties' Settlement and Release Agreement is approved; and it is further

ORDERED that the above-captioned matter be and is hereby dismissed with prejudice. The Parties shall bear their own respective costs and attorneys' fees.

ENTERED this ___ day of _____, 202__      _____
                                              Judge, United States District Court