# In the United States District Court for the Southern District of Georgia Brunswick Division

```
CANDACE MIZE,                    |
                                 |
      Plaintiff,                 |
                                 |
              v.                 |   CV 221-038
                                 |
300 F STREET, INC., et al.,      |
                                 |
      Defendants.                |
```

### ORDER

Before the Court is the parties' Joint Motion for Approval of Settlement, dkt. no. 22, wherein the parties notify the Court that they have reached a settlement of the claims asserted in this action.  Attached to the joint motion is the parties' Settlement Agreement.  Dkt. No. 22-1.

The Court has reviewed the Settlement Agreement and finds that it fairly and reasonably resolves Plaintiff's FLSA claims. Accordingly, the parties' motion, dkt. no. 22, is **GRANTED,** and the Settlement Agreement is **APPROVED**.  All claims asserted in this action are **DISMISSED with prejudice**.  The parties shall bear their own costs and attorneys' fees.  The Clerk is **DIRECTED** close this case.

**SO ORDERED**, this 14 day of January, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2